JOHN KNOELL, PROSECUTOR IN CERTIORARI, v. PATRICK
    I. JORDAN, DEFENDANT · IN CERTIORARI.

Submitted July 5, 1902—Decided November 10, 1902.

A *certiorari* directed to a District Court and the reasons assigned for
    reversal relating exclusively to the proceedings at the trial, cannot
    be heard where the only evidence of those proceedings ·is a stipula-
    tion signed by the attorneys of the parties.

On *certiorari.*

PER CURIAM.

This *certiorari* brings up a judgment rendered in· the Dis-
trict Court of the city of Camden. The reasons assigned for
reversal relate exclusively to the proceedings at the trial, and
the only evidence of those proceedings laid before us is a stipu-
lation signed by the attorneys of· the parties.

It is our settled practice not to regard such a stipulation
in cases of this character. *Monitor Lodge* v. *Goldy,* 29 *Vroom*
119; *Houman* v. *Schulster,* 31 *Id.* 132; *Staten Chemical Co.*
v. *Miller,* 29 *Atl. Rep.* 316.

As we find no support for the reasons assigned, the judg-
ment must be affirmed, with costs.